UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                       Case No. 2:14-cr-20232-GCS-DRG
                                           Hon. George Caram Steeh

Mohammad Hassan Hamdan,

                Defendant(s),

---

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Mohammad Hassan Hamdan

The defendant(s) shall appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 1067 (10th Floor), Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: February 21, 2019 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/M. Beauchemin
                                                          Case Manager

Dated: February 6, 2019